# ATTACHMENT A

1. The date of Federal Register publication of order: October 15, 2018

2. Cases filed:

*Puerto Rico Tel. Co., Inc. v. FCC*
First Circuit No. 18-2063
Filed: October 25, 2018
Received by the FCC: October 25, 2018


*Verizon v. FCC*
Second Circuit No. 18-3255
Filed: October 25, 2018
Received by the FCC: October 25, 2018


*City of San Jose, et al. v. FCC*
Ninth Circuit No. 18-72883
Filed: October 24, 2018
Received by the FCC: October 25, 2018


*City of Seattle, et al. v. FCC*
Ninth Circuit No. 18-72886
Filed: October 24, 2018
Received by the FCC: October 25, 2018


*City of Huntington Beach v. FCC*
Ninth Circuit No. 18-72893
Filed: October 24, 2018
Received by the FCC: October 25, 2018

*Sprint Corp. v. FCC*
Tenth Circuit No. 18-9563
Filed: October 25, 2018
Received by the FCC: October 25, 2018