# IN THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

## PROOF OF SERVICE

    I, Richard K. Welch, hereby certify that on November 1, 2018, I electronically filed the forgoing Notice to the United States Judicial Panel on Multidistrict Litigation of the Multicircuit Petitions for Review with the Clerks of the United States Courts of Appeals for the First, Second, Ninth and Tenth Circuits by using the CM/ECF system. Participants in the cases who are registered CM/ECF users will be served by the CM/ECF system.

        Respectfully Submitted,

        *s/ Richard K. Welch*

        Richard K. Welch
        Deputy Associate General Counsel
        richard.welch@fcc.gov
        fcclitigation@fcc.gov

        Federal Communications Commission
        445 12th Street, S.W.
        Washington, D.C.  20554
        Phone:  (202) 418-7225
        Fax:  (202) 418-2819

November 1, 2018

| | |
|---|---|
| Molly Dwyer, Clerk of Court<br>Office of the Clerk<br>U.S. Court of Appeals for the Ninth Circuit<br>P.O. Box 193939<br>San Francisco, CA 94119<br>(415) 355-8000<br>www.ca9.uscourts.gov | Elisabeth Shumaker, Clerk of Court<br>U.S. Court of Appeals for the Tenth Circuit<br>Byron White U.S. Courthouse<br>1823 Stout Street<br>Denver, CO 80257<br>(303) 844-3157<br>www.ca10.uscourts.gov |
| Maria R. Hamilton, Clerk of Court<br>U.S. Court of Appeals for the First Circuit<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2500<br>Boston, MA 02210<br>(617) 748-9057<br>www.ca1.uscourts.gov | Catherine O'Hagan, Clerk of Court<br>U.S. Court of Appeals for the Second Circuit<br>Thurgood Marshall U.S. Courthouse<br>New York, NY 10007<br>(212) 857-8500<br>www.ca2.uscourts.gov |
| Christopher J. Wright<br>E. Austin Bonner<br>Susannah J. Larson<br>Harris, Wiltshire & Grannis LLP<br>1919 M Street, NW, 8th Floor<br>Washington, DC 20036<br>(202) 730-1300<br>cwright@hwglaw.com<br>abonner@hwglaw.com<br>slarson@hwglaw.com<br><br>*Counsel for: Sprint Corp.* | Robert J. Wiggers<br>Robert B. Nicholson<br>U.S. Department of Justice<br>Antitrust Division<br>Room 3228<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 514-2489<br>robert.wiggers@usdoj.gov<br>robert.nicholson@usdoj.gov<br><br>*Counsel for: USA* |

Joseph Van Eaton
Best Best & Krieger LLP
2000 Pennsylvania Ave., NW
Suite 5300
Washington, DC 20006
(202) 785-0600
joseph.vaneaton@bbklaw.com

*Counsel for: City of San Jose, Cal., City of Arcadia, Cal., City of Bellevue, Wash., City of Burien, Wash., City of Burlingam, Cal., Culver City, Cal., Town of Fairfax, Cal., City of Gig Harbor, Wash., City of Issaquah, Wash., City of Kirkland, Wash., City of Las Vegas, Nev., City of Los Angeles, Cal., City of Monterey, Cal., City of Ontario, Cal., City of Piedmont, Cal., City of Portland, Or., City of San Jacinto, Cal., City of Shafter, Cal., and City of Yuma, Ariz.*

Kenneth S. Fellman
Kissenger & Fellman, P.C.
3773 Cherry Creek N. Drive
Ptarmigan Place, Suite 900
Denver, CO 80209
(303) 320-6100
kfellman@kandf.com

*Counsel for: City of Seattle, Wash., City of Tacoma, Wash., King County, Wash., League of Oregon Cities, League of California Cities, and League of Arizona Cities and Towns*

Robert C. May III
Telecom Law Firm, PC
3570 Camino del Rio N., Ste. 102
San Diego, CA 92108
(619) 272-6200
tripp@telecomlawfirm.com

*Counsel for: City of Seattle, Wash., City of Tacoma, Wash., King County, Wash., League of Oregon Cities, League of California Cities, and League of Arizona Cities and Towns*

Megan L. Brown
Jeremy J. Broggi
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000
mbrown@wileyrein.com
jbroggi@wileyrein.com

*Counsel for: Puerto Rico Telephone Company, Inc.*

Jonathan Meltzer
Munger, Tolles & Olson LLP
1155 F Street NW
Seventh Floor
Washington, DC 20004
(202) 220-1100
jonathan.meltzer@mto.com

*Counsel for: Verizon*

Michael E. Gates
Michael J. Vigliotta
Office of the City Attorney
City of Huntington Beach
2000 Main Street
Huntington Beach, CA 92648
(714) 536-5555
michael.gates@surfcity-hb.org
mvigliotta@surfcity-hb.org

*Counsel for: City of Huntington Beach*

Henry Weissmann
Munger, Tolles & Olson LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, CA 90071
(213) 683-9100
henry.weissmann@mto.com

*Counsel for: Verizon*